**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Denise Brown,

Plaintiff,

vs.

Kohl's Department Stores, Inc.,

Defendant.

Civil Action No. 02-781 (DSD/JMM)

**STIPULATION AND PROTECTIVE ORDER REGARDING DOCUMENTS AND INFORMATION PRODUCED BY DEFENDANT KOHL'S DEPARTMENT STORES, INC.**

---

WHEREAS, Plaintiff, through her attorneys, has requested that Defendant Kohl's Department Stores, Inc. (hereinafter referred to as "Kohl's") produce in this action certain documents, materials and information;

WHEREAS, Kohl's contends that such documents, materials and information are, in whole or in part, confidential, competitively and security sensitive and proprietary, or contain confidential information regarding its employees; and

WHEREAS, Kohl's is willing to produce and have produced documents responsive to the request of Plaintiff on the understanding and express agreement and condition that such documents be subject to a Protective Order pursuant to Rule 26.03 of the Federal Rules of Civil Procedure, and counsel for the above-referenced parties are agreeable to such Protective Order:

IT IS HEREBY STIPULATED, by and between the parties hereto, through their undersigned counsel, that all documents, materials and information produced herein by Kohl's, including, but not limited to:

(1) All Loss Prevention or Security Training Manuals and Materials of any kind;

(2) All personnel files and all documents regarding any employees of Kohl's; and

JUL 1 2 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

(3) All records and videos, photographs and documents of Kohl's relating to any individuals (non employees) other than Plaintiff and the individual non employee's involvement with Kohl's loss prevention or security department;

(hereinafter referred to as "such documents, materials or information") shall be securely maintained and kept confidential in accordance with the terms of this Stipulation and Protective Order as follows:

1. Such documents, materials or information shall not be used for any purpose other than for use in the litigation of this case, and the parties to the above-captioned action and their counsel, shall not give, show or otherwise divulge any such documents, materials or information, or the contents or substance thereof, or any copies, prints, negatives, listings or summaries thereof, to any person or other entity except their employees, experts or consultants employed and retained by them in connection with this specific action.

2. The employees, experts or consultants of the parties in this action to whom such documents, materials or information are intended to be presented shall first read a correct copy of this Stipulation and Protective Order, and shall thereby agree to be bound by its terms by executing Appendix A (attached), prior to the receipt of such documents, materials or information or the contents or substance thereof, and a copy of this Appendix A - Agreement so dated and signed shall be promptly forwarded to the undersigned attorneys for Kohl's.

3. All such documents, materials and information, even if exhibits to a deposition, discovery request or response and/or pleading(s) submitted to or filed with the Court in connection with this action, shall likewise be subject to this Stipulation and Protective Order, and, if filed with the Court, shall be filed in sealed envelopes or other sealed containers which shall bear the caption of this action, an indication of the nature of the contents of such sealed envelope or container, the

word "CONFIDENTIAL," and a statement substantially stating that the envelope or container is not to be opened, nor the contents thereof to be displayed or revealed, except by express order of the Court.

4. Upon completion of the trial and any appeals in this action, or upon conclusion of any settlement, counsel for the parties who have obtained any such documents, materials or information shall collect from all recipients and shall return to the undersigned attorneys for Kohl's, all copies, lists, prints, negatives or summaries thereof.

**HEDIN & GOLDBERG, P.A.**

Dated:

Elizabeth A. Glidden #238387
Douglas A. Hedin (#43205)
Attorneys for Plaintiff Denise Brown
2100 Stevens Avenue South
Minneapolis, MN 55404
(612) 871-5500

**COUSINEAU, McGUIRE & ANDERSON, CHARTERED**

Dated: 6/27/02

SUSAN D. THURMER #122543
E. LYNETTE STAFFORD #030167X
Attorneys for Defendant
Kohl's Department Stores, Inc.
600 Travelers Express Tower
1550 Utica Avenue South
Minneapolis, Minnesota 55416-5318
(952) 525-6945

**ORDER**

The Court, having reviewed the foregoing "Stipulation and Protective Order Re Documents and Information Produced by Defendant Kohl's Department Stores, Inc., and good cause appearing therefore:

IT IS SO ORDERED.

DATED: July 12, 2002.

Susan Richard Nelson
Magistrate Judge Susan Richard Nelson
United States Magistrate Judge

702154.1

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA
OFFICE OF THE CLERK

316 N. ROBERT ST., RM. 700
ST. PAUL, MN 55101

300 S. FOURTH ST., RM 202
MINNEAPOLIS, MN 55415

417 FEDERAL BLDG, 515 W. FIRST ST.
DULUTH, MN 55802

# Clerk's Notice In Re: Protective Order

A Protective/Confidentiality Order has been entered in this action. You must comply with the guidelines set forth below when filing **confidential original** documents with the Clerk of U.S. District Court. Failure to do so will cause the documents to be returned.

*Guidelines for filing with the Clerk:*

A. Documents are to be **sealed** (closed, fastened, taped, or otherwise secured) in an envelope of comparable size no larger than 9 by 12 *(LR5.1 All pleadings, motions, and other papers presented for filing shall be on 8 1/2 x 11 inch white paper...flat and unfolded. this rule does not apply to (1) exhibits submitted for filing; and, (2) documents filed in removed actions prior to removal from the state courts.)*

B. Each envelope must list the following information, and each document is to be in a separate envelope.

- Action/case number
- Brief action/case title
- Party, name, and complete title of document (i.e. Deft. Johnson's Motion for Dismissal) must be noted on each envelope. Motions, affidavits and memorandums are considered three separate documents.
- The word "**SEALED**" or "**CONFIDENTIAL**"

***Guidelines for filing with a U.S. District Judge or Magistrate Judge:***

In addition to the above procedures, copies for delivery to the U.S. District Judge or U.S. Magistrate Judge are to be marked accordingly and bound together as a set.