**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Denise Brown,

Plaintiff,

vs.

Kohl's Department Stores, Inc.,

Defendant.

Civil Action No. 02-781 (DSD/SRN)

**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER**

---

The above-entitled action, having been fully compromised and settled between all of the parties, the same may be and hereby is dismissed with prejudice, on the merits, and without costs and disbursements to any party; and any party may forthwith and without notice apply to the Court on this Stipulation alone for an order directing that judgment of dismissal with prejudice be entered accordingly.

**HEDIN & GOLDBERG, P.A.**

Dated: 9-27, 2002

By: [signature]
**ELIZABETH A. GLIDDEN #237287**
Attorneys for Plaintiff Denise Reanay Brown
2100 Stevens Avenue South
Minneapolis, MN 55404-2533
(612)871-5500

FILED ______
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

Dated: 9/13, 2002

COUSINEAU, McGUIRE & ANDERSON, CHARTERED

By: ______________________

SUSAN D. THURMER #122543
E. LYNETTE STAFFORD #030167X
Attorneys for Defendant Kohl's Department Store, Inc.
600 Travelers Express Tower
1550 Utica Avenue South
Minneapolis, Minnesota 55416-5318
(952) 525-6945

**ORDER**

Upon the foregoing Stipulation,

IT IS HEREBY ORDERED that the Clerk of this Court shall forthwith enter judgment, dismissing the above-mentioned action, with prejudice, on the merits, and without costs or disbursements to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

By the Court:

Dated: ______________________

David S. Doty
United States ~~Magistrate~~ XXXXXXXX Judge

720443